3/6/24, 11:25 PM                    Acer - Chromebook 315 – 15.6" HD Display Laptop - Intel Celeron N4020 with 4GB LPDDR4 – 64GB eMMC - Silver CB315-3H-C69K ...

Case 2:24-cv-00179-JRG-RSP Document 1-6 Filed 03/15/24 Page 1 of 11 PageID #: 88

| Yardbird | Best Buy Outlet | Best Buy Business | Shop with an Expert |

**Menu**   What can we help you find today?   Texarkana   Cart

| Top Deals | Deal of the Day | Yes, Best Buy Sells That | | Account | Recently Viewed | Order Status | Saved Items |

Best Buy > Computers & Tablets > Laptops > All Laptops > Chromebooks





## Acer - Chromebook 315 – 15.6" HD Display Laptop - Intel Celeron N4020 with 4GB LPDDR4 – 64GB eMMC - Silver

Model: CB315-3H-C69K    SKU: 6554685

**4.6** (494 Reviews)  |  92 Answered Questions

**$159.00**
Save $140
Was $299.00

4 payments starting at
**$39.75**
with
Learn more >

**Trade-In and Save**

Save when you trade-in a similar device.
Check your trade-in value.

Free 6-month security software & 1 more  A $29.99 value
Hot offer: 20% off Logitech accessories w/ hardware
Open-Box: from $142.99

**Protect your computer** (9,840)

Accidental Geek Squad Protection  |  What's Included  |  Terms & Conditions

| No Plan | 1-Year $39.99 About $3.33/mo. | 2-Year $54.99 About $2.29/mo. | 3-Year $69.99 About $1.94/m |

Most Popular

**You might also need**

Adobe Express for Chromebooks - Chrome [Digital]   $49.99  $99.99

**Availability**



Pickup
Ready Today

Shipping
Get it by tomorrow

**Pickup at** Texarkana

Act Fast – Only 2 left at your store!

### Highlights

 

**Intel Celeron**
Processor Model

Budget | Low | Medium | High

- Great portability
- Budget friendly
- Basic internet tasks

Why is the processor important?

**Intel UHD Graphics 60**
Graphics

Entry-Level | Mid-Range | High

- Budget friendly
- Basic gaming
- Ideal for casual gamers

What's the right graphics card

Show Full Specs

## Features

## Questions & Answers (97)

## From the Manufacturer

### Our experts recommend



| (494) | Not yet reviewed | (61) | Package Savings: $190.00 |
| --- | --- | --- | --- |
| $159.00 | $49.99 | $24.99 | Package Total: $233.98 |
| $299.00 | $99.99 | | |
| Currently viewing | Description | Description | Add 3 Items to Cart |
| ✓ Offer disclaimer | ☐ | ☐ | Build your own package › |

### Have everything you need?

See other items that work well with this one.



Complete Your Solution

### Frequently bought with


Logitech - M190 Wireless Optical Ambidextrous Mouse -
(80)
$14.99
🛒 Add to Cart


Apple - 10.2-Inch iPad (9th Generation) with Wi-Fi - 64GB
(24,536)
$329.99
🛒 Add to Cart


Microsoft - Office Home & Student 2021 (1 Device) - Mac
(3,181)
$149.99
🛒 Add to Cart


Samsung - Galaxy Tab S6 Lite (2022) 10.4" 64GB - Wi-Fi -
(2,364)
$199.99
$349.99
🛒 Add to Cart


Logitech - M220 SILENT Wireless Optical Amb...
(1,374)
$14.99
🛒 Add to Cart

Add to Cart

ADVERTISEMENT



3/6/24, 11:25 PM                 Acer - Chromebook 315 – 15.6" HD Display Laptop - Intel Celeron N4020 with 4GB LPDDR4 – 64GB eMMC - Silver - CB315-3H-C69K …

Case 2:24-cv-00179-JRG-RSP   Document 1-6   Filed 03/15/24   Page 3 of 11 PageID #: 85

## Compare similar products

   

| This Product | HP - 14" Laptop - Intel Celeron - 4GB Memory - 64GB eMMC - Indigo Blue | Lenovo IdeaPad 3 15IJL6 15.6" Chromebook Intel Celeron N4500 4GB Ram 64GB eMMC Chrome OS - Refurbished - Arctic Grey | Samsung - Galaxy Chromebook 2 - 13.3" QLED Touch Screen - Intel Core i3 - 8GB Memory - 128GB eMMC - Fiesta Red |
|---|---|---|---|
| Acer - Chromebook 315 – 15.6" HD Display Laptop - Intel Celeron N4020 with 4GB LPDDR4 – 64GB eMMC - Silver | | | |
| Acer - Chromebook 315 – 15.6" HD Display Laptop - Intel Celeron N4020 with 4GB LPDDR4 – 64GB eMMC - Silver | (4,355) | (9) | (636) |
| (494) | $169.99 | $119.99 | $299.00 |
| $159.00 | | | |

**Screen Type**

| -- | -- | TN | QLED |
|---|---|---|---|

**Screen Size**

| 15.6 inches | 14 inches | 15.6 inches | 13.3 inches |
|---|---|---|---|

**Screen Resolution**

| 1366 x 768 (HD) | 1366 x 768 (HD) | 1920 x 1080 (Full HD) | 1920 x 1080 (Full HD) |
|---|---|---|---|

Show More Specs ⌄

## Reviews

| 4.6 | 5 | 383 | 4.7 Battery Life | 92% would recommend to a friend |
|---|---|---|---|---|
| 494 reviews | 4 | 67 | | |
| | 3 | 13 | 4.5 Speed | |
| | 2 | 12 | | |
| | 1 | 19 | 4.6 Display | |

The vast majority of our reviews come from verified purchases. Reviews from customers may include My Best Buy members, employees, and Tech Insider Network members (as tagged). Select reviewers may receive discounted products, promotional considerations or entries into drawings for honest, helpful reviews.



3/6/24, 11:25 PM                  Acer - Chromebook 315 - 15.6" HD Display Laptop - Intel Celeron N4020 with 4GB LPDDR4 - 64GB eMMC - Silver - CB315-3H-C69K …

Case 2:24-cv-00179-JRG-RSP Document 1-6 Filed 03/15/24 Page 4 of 11 PageID #: 86

### Great laptop

| Incentivized | Verified Purchaser | Owned for 1 month | My Best Buy® Member |

I was looking for a laptop and was doing my research.  I wanted an inexpensive but good laptop that has chrome book.  I love buying my electronics from bestbuy.  I think they always have the best deals.  So, this was a Christmas gift for myself. I love my laptop, it came with with a sleeve to put the laptop in which makes it easy to travel with while …
Read More



Posted 1 month ago by **Butterfly72**

---

### Good Chromebook value.

| Incentivized | Verified Purchaser | Owned for 3 weeks | My Best Buy® Member |

So far so good as I have had zero issues with this Chromebook. I wish it had a touch screen but it does not. The screen is clear and bright and the sound is good and clear. It should do well for you as long as a Chromebook is what you need. This model also includes a transportation sleeve for the unit and any papers you might need to carry. This unit …
Read More

   

Posted 1 month ago by **Papaw**

---

### Great chromebook for students

| Incentivized | Verified Purchaser | Owned for 3 weeks | My Best Buy® Member |

Excellent computer for students to use at a very affordable price. The screen and key board are nice and big. No lag at all. The screen looks crystal clear and the computer looks great!
Read More

    

Posted 3 months ago by **MariaV**

---

See All Customer Reviews

Write a Review



3/6/24, 11:25 PM                    Acer - Chromebook 315 – 15.6" HD Display Laptop - Intel Celeron N4020 with 4GB LPDDR4 - 64GB eMMC - Silver - CB315-3H-C69K …

Case 2:24-cv-00179-JRG-RSP   Document 1-6   Filed 03/15/24   Page 5 of 11 PageID #: 87

## Similar products from outside of Best Buy ⓘ

### Laptops On Clearance - 2024 Senior Laptop Bargains

Sponsored · https://search.vyager.com/laptop/deals ▾

See The Biggest *Laptop* Discounts Available Now. The Best Deals On This Year's Best *Laptops*. Senior *Laptop* Deals. New Business *Laptops*. Types: *Laptops* On Clearance, New Business *Laptops*, Senior *Laptop* Deals.

- Laptops On Clearance
- Cheapest New Laptops
- Laptop Deals
- Business Laptop Deals

### Consumer Reports® - Laptop Reviews

Sponsored · https://www.consumerreports.org/--/-- ▾

Browse Our Unbiased Ratings On *Laptop Computers* Before You Buy - Join For Digital Access. Access Over 9,000 Ratings Before You Buy. 100% Unbiased For Over 80 Years. Spec Comparisons. Privacy Tips & Advice. Streaming Services Guides. Buying Advice. Digital Security Tips. Product Comparisons. Product Rankings. Media Advice. Tech And Gadget Reviews. Smart Maintenance Ideas.

- Recommended Laptops
- Best Laptop Brands
- Laptop Ratings
- Laptop Reviews
- Home Office
- Smartphones & Wearables

### Best Budget Tablet Laptop Comparison - March 2024

Sponsored · https://www.bestchoice.com/ ▾

Get a concise and smart review of products from our experts. We provide reviews for thousands of best-selling products. See yourself now. Best Christmas Deals. Christmas Sale. Types: *Laptops* & Smartphones, Home & Kitchen, Beauty Products, Toys & Games.

⭐ rating for bestchoice.com

- The Best Value For Money
- See Our Top Picks - 2023
- Christmas Computer Deals
- Christmas Air Fryer Deals
- Christmas Scooter Deals
- Christmas Treadmill Deals

### Best Portable 4K Laptop - Desklab Monitor Holiday Sale

Sponsored · https://www.desklabmonitor.com/ ▾

More than portable monitor, Desklab is the lightest portable 4K/1080P touchscreen monitor. Get Rid...

ADVERTISEMENT

## Deals on related items

 Chromebooks deals      Outlet Deals      Top Deals

ADVERTISEMENT

| Visit our Support Center | Check your Order Status | Shipping, Delivery & Store Pickup | Returns & Exchanges | Price Match Guarantee |

**Order & Purchases**
Check Order Status
Shipping, Delivery & Pickup
Returns & Exchanges

**Support & Services**
Visit our Support Center
Shop with an Expert
Schedule a Service

**Partnerships**
Affiliate Program
Influencer Network
Advertise with Us

Sign in or Create Account

Case 2:24-cv-00179-JRG-RSP Document 1-6 Filed 03/15/24 Page 6 of 11 PageID #: 89

| | | | |
|---|---|---|---|
| Price Match Guarantee | Manage an Appointment | Developers | Get the latest deals and more. |
| Product Recalls | Protection & Support Plans | Best Buy Health | Enter email address |
| Trade-In Program | Haul Away & Recycling | Best Buy Education | |
| Gift Cards | Contact Us | Best Buy Business | Sign Up |
| **Payment Options** | **Rewards & Membership** | **About Best Buy** | |
| My Best Buy® Credit Card | My Best Buy Memberships | Corporate Information | **Best Buy app** |
| Pay Your Bill at Citibank | View Points & Certificates | Careers | Learn more › |
| Lease to Own | Member Offers | Corporate Responsibility | |
| | | Sustainability | |

Mobile Site         Best Buy Canada

| Accessibility | Terms & Conditions | Privacy | Interest-Based Ads | State Privacy Rights | Health Data Privacy | Do Not Sell/Share My Personal Information | Limit Use of My Sensitive Personal Information | Targeted Advertising Opt Out | CA Supply Chain Transparency Act |

In-store pricing may vary. Prices and offers are subject to change. © 2024 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.












Electronics / Computers, Laptops and Tablets / Laptops / Shop Laptops by Type / Google Chromebooks / Acer Chromebooks

chromebook From tablet to laptop Sponsored

50+ bought since yesterday

Best seller

Acer

**Acer Chromebook 315 (2023), 15.6" FHD, Intel Celeron N4500 4GB RAM, 128GB eMMC, Pure Silver, Protective Sleeve Included, CB315-4H-C5PT**

(4.4) 676 reviews

## $249.00

**$24/mo** with affirm Learn how

Price when purchased online

Add to cart

**Hard Drive Capacity:** 128 GB

64 GB $149.00

**128 GB $249.00**

**Add a protection plan** What's covered
(Only one option can be selected at a time)

- 2-Year plan - $48.00
- 3-Year plan - $59.00

**Get expert help** What's covered

- Basic Setup & Support for Chromebooks - $39.92

### How do you want your item?

I want shipping & delivery savings with Walmart+

You get 30 days free! Choose a plan at checkout.

Shipping
Arrives Mar 11
Free

Pickup
Today
Free

Delivery
Today

Pickup from **Marshall Supercenter** | Aisle N11

Delivery to **Marshall, 75670**

**This item is gift eligible** Learn more

Add to list

Add to registry

Best seller

Sponsored

Now $149.00 $179.00

Acer Chromebook 315 (2023), 15.6" FHD, Intel Celeron N4500, 4GB RAM, 64GB eMMC, Pure Silver, Protective Sleeve Included, CB315-4H-C7A1

676

3+ day shipping

+ Add

### At a glance

| | | | | |
|---|---|---|---|---|
| Screen size | 15.6 in | | Ram memory | 4 GB |
| HD capacity | 128 GB | | Weight | 3.53 lb |
| Battery life | 10 h | | Touchscreen | N |

### About this item

**Product details**

The Acer Chromebook 315 features a 15.6" anti-glare screen designed to let you get more done, no matter where you are. You'll stay focused in either the classroom or the office with a dedicated number pad, a fast processor, and an ecofriendly OceanGlass touchpad. Recognized as the perfect multi-media companion, this special machine is super thin, extra light and delivers unmatched value in today?s fast-paced, technology-driven world. It features an impressive HDR camera, fast wireless connectivity and long-lasting battery life, so you can run your favorite Google apps or access your photos, videos, music and documents?all day long.

- **Futureproof Processing** - Enjoy a long battery life and responsive software thanks to the Intel Celeron processor. The extra boost of performance makes projects and applications run smoother so that tasks finish quicker, while the advanced Intel Wi-Fi 6 (802.11ax) technology allows you to enjoy up to 3 times faster speeds than standard Wi-Fi 5.
- **Designed To Be Seen** - The narrow bezel allows for a 15.6" non-glare screen in a smaller footprint. Thanks to the 10.5 mm narrow bezel and wide viewing angle of the Full HD screen, you can better enjoy movies, videos, and TV shows.
- **Superior Conference Call Experience** - Get a rich sound without needing to break the bank. With DTS Audio enjoy higher quality video, distortion-free sounds and deeper bass. Great sound, two built-in microphones and a flare-reducing webcam, this laptop is the ideal choice for hybrid workers.
- **All-Day Battery Life** - 10 hours of battery life goes a long way. With just a single charge, the powerful, long-lasting battery gets you through a full day's worth of classes without needing your power adapter.
- **Staying Productive with Chrome OS** - Chromebook laptops run on Chrome OS - An operating system by Google that is built for the way we live today. It updates automatically, boots up in seconds and continues to stay fast over time. (Internet connection is required).
- **Eco-friendly Touchpad** - This Chromebook uses an environmentally-friendly OceanGlass touchpad made

  entirely out of abandoned plastic waste and reused within its surface to provide you with a sleek, glass-like tactile texture as your fingers scroll across the touchpad. The use of ocean-bound plastic waste in the OceanGlass touchpad helps contribute to the reduction of plastics adrift in the ocean.

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Compare with similar items**



### About the brand

Tour

① Intel® Celeron® N4500 Dual-Core Processor

② OceanGlass™ Touchpad

③ Up to 10-hours battery life

④ HD Webcam (1280 x 720) supporting High Dynamic Range (HDR)

⑤ 15.6" Full HD LED-backlit Display

⑥ Ports



See More

## Specifications

**RAM Memory Type**
DDR4

**Inputs & Outputs**
USB Type-C, USB

**Optical Disk Drive Type**
No optical drive

**Accessories Included**
- Acer Chromebook 315 CB315-4H
- USB-C power adapter

More details

## Warranty

**Warranty length**
1-year warranty

**Warranty information**
One-year International Travelers Limited Warranty

---








Best seller

Add

**Now $55.00** $79.99

Acer Chromebook Spin 11 R751T 11.6" Touch 4GB 32GB eMMC Celeron® N3350 1.1GHz ChromeOS, Black (Used - Good)

★★☆☆☆ 5

3+ day shipping

100+ bought since yesterday

Add
Sponsored
**$159.00**
Samsung Chromebook 4, 11.6" HD, Intel Celeron N4020, 4GB RAM, 64GB eMMC, Platinum Titan, XE310XBA-KC2US
★★★★☆ 918
Pickup  Delivery  2-day shipping

Add
**$169.99**
Samsung 11.6" Chromebook 4, 32GB, XE310XBA-K01US
★★★★☆ 1866
3+ day shipping

---





Add
**$210.92**
Acer Spin 513 Chromebook, 13.3" FHD IPS Multi-Touch Corning Gorilla Glass Display, Qualcomm Snapdragon 7c Compute Platform, 4GB RAM, 64GB eMMC, CP513-1H-S60F
★★★★☆ 106
2-day shipping

Add
Sponsored
**$189.99**
Acer Chromebook 315 15.6" HD(1366 x 768) Display Laptop, Intel Celeron N4020, 4GB LPDDR4, 64GB eMMC, Long Battery Life, Chrome OS, Wi-Fi 5, Bluetooth, Silver with Sleeve + Mazepoly Accessories
★★★★★ 1
3+ day shipping

Add
**$49.25**
Acer Chromebook Computer 11 N7 C731T-C42N-11.6" (Used)
★★★★☆ 4
3+ day shipping

3/7/24, 10:23 AM                          Acer Chromebook 315 (2023), 15.6" FHD, Intel Celeron N4500, 4GB RAM, 128GB eMMC, Pure Silver, Protective Sleeve Included,…

Case 2:24-cv-00179-JRG-RSP    Document 1-6    Filed 03/15/24    Page 10 of 11 PageID #: 92

 Report incorrect product information



**Earn $15.00 on this item.** See if you're pre-approved with no credit risk.   Learn more

---

Best seller



+ Add

**Now $149.00** $179.00

Acer Chromebook 315 (2023), 15.6" FHD, Intel Celeron N4500, 4GB RAM, 64GB eMMC, Pure Silver, Protective Sleeve Included, CB315-4H-C7A1

676

3+ day shipping

Best seller



+ Add

$329.00

Lenovo IdeaPad 1 Student Laptop, 15.6" FHD Display, Intel Dual Core Processor, 12GB RAM, 128GB eMMC + 256GB SSD, 1 Yr Office 365, Wi-Fi 6, Windows 11 Home, Grey

3+ day shipping

Best seller



+ Add

**Now $209.99** $459.74

SGIN 15.6inch Laptop 4GB DDR4 128GB SSD Windows 11 with 4 Core Intel Celeron, HD 1366*768 IPS

3456

2-day shipping

---

## 4.4 out of 5

(676 reviews)

| | |
|---|---|
| 5 stars | 515 |
| 4 stars | 69 |
| 3 stars | 27 |
| 2 stars | 10 |
| 1 star | 55 |

View all reviews    Write a review

---

**Most helpful positive review**

★★★★★   Verified Purchase ⓘ

**Great quality for a great price**

I love it! It does everything I need it to do for my college work . It starts up very fast no lagging at all. It's amazing for the price and quality.

Kandi   Walmart Associate   Incentivized Review ⓘ

VS

**Most helpful negative review**

★☆☆☆☆   Verified Purchase ⓘ

**Wrong Item Received**

Purchased an Acer Chromebook and instead of receiving that, I received Detangle Spray.

Tristia

---

**Frequent Mentions**



Price (57)   Screen (35)   Size (19)   Ease Of Use (19)   Ease Of Installation (18)   Display (16)

Battery Life (16)   Case (13)   Charging (13)   Kids (12)   Keyboard (9)   See More

---

★★★★★                                                                                                    2/16/2024

**Great purchase for an even better price**

This laptop has quick response times and is perfect for a "this would be easier on a computer" basis. After my MacBook crashed, I couldn't fathom spending upwards of $1500 for a new one. After spending a couple days comparing my options, I'm glad I chose this one!

Mikayla

👍 0    👎 0

★★★★★                                                                                                    11/14/2023   Verified Purchase ⓘ

**Great quality for a great price**

I love it! It does everything I need it to do for my college work . It starts up very fast no lagging at all. It's amazing for the price and quality.

Kandi   Walmart Associate   Incentivized Review ⓘ

👍 0    👎 0

★★★★★                                                                                                    12/4/2023

**Great Laptop!**

[This review was collected as part of a promotion.] This Acer ChromeBook 315 with full HD display is super sleek! The screen is huge at 15.6" and the display quality is perfect. I'm not the biggest fan of Windows, so this ChromeBook is right up my alley. I love how it signs into your Google account upon turning on and everything is easy to access. The keyboard includes a number pad, which I find useful since I work in an office setting. Plenty of storage for school work or other uses. The battery life is good and I can go almost all week (a few hours daily) before needing to charge it up. I'd highly recommend this laptop for anyone looking for something that's simple and easy to navigate. However, being familiar with Google applications wou...

See more

👍 0    👎 0

Originally posted on influenster.com

★★★★★                                                                                                    12/12/2023

**Great chrome book**

[This review was collected as part of a promotion.] So far this chromebook is great. The screen size is impressive. Nice and big. Everything is quick to upload and down load. It came with a nice case to carry it in. The charge last a long time. No complaints so far.

jessicac1618

👍 0    👎 0

Originally posted on influenster.com

★★★★★                                                                                                    11/30/2023

**Perfect for work or school**

[This review was collected as part of a promotion.] I was impressed with the Acer Chromebook 315 large 15.6" Full HD vibrant display. The anti gloss screen is large and great for viewing multimedia like movies or games, and of course the many amazing apps available from the Google Play Store. The Acer 315 Chromebook is the perfect size, very lightweight and thin, which makes it perfect for schoolwork or personal work needs. It comes with a soft, padded carrying case (which I love) to store and protect it when traveling or not using. The battery life is excellent and I find I only need to charge it every other day or so. The device is fast and graphics are smooth. Overall, this is an excellent device that is well made with high quality mater...

See more

jenniferd522

👍 0    👎 0

Originally posted on influenster.com

View all reviews

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

chromebook

From tablet to laptop

Sponsored ⓘ

+ Add

**$619.99**
HP 17.3" FHD, Intel Core i5-1135G7, 8GB RAM, 512GB SSD, Natural Silver, Windows 11 Home, 17-by4061nr
★★★★☆ 192
3+ day shipping

+ Add

**$498.98**
HP Laptop 14-fq1021nr - AMD Ryzen 5 5500U / 2.1 GHz - Win 10 Home 64-bit - Radeon Graphics - 8 GB RAM - 256 GB SSD NVMe, HP Value - 14" IPS 1920 x 1080 (Full HD) - Wi-Fi 6 - natural silver - kbd: US
★★★★☆ 60
3+ day shipping

+ Add

**$421.00**
HP Chromebook 11 X360, 11.6" Corning Gorilla Glass To… HD Graphics 500, 64GB eMMC, 4GB SDRAM, Snow W…
★★★★☆ 19
3+ day shipping

Best seller

+ Add

**Now $149.00** ~~$179.00~~
Acer Chromebook 315 (2023), 15.6" FHD, Intel Celeron N4500, 4GB RAM, 64GB eMMC, Pure Silver, Protective Sleeve Included, CB315-4H-C7A1
★★★★☆ 676
3+ day shipping

Best seller

+ Add

**Now $209.99** ~~$459.74~~
SGIN 15.6inch Laptop 4GB DDR4 128GB SSD Windows 11 with 4 Core Intel Celeron, HD 1366*768 IPS
★★★★☆ 3456
2-day shipping

Best seller

+ Add

**$329.00**
Lenovo IdeaPad 1 Student Laptop, 15.6" FHD Display, Intel Dual Core Processor, 12GB RAM, 128GB eMMC + 256GB SSD, 1 Yr Office 365, Wi-Fi 6, Windows 11 Home, Grey
3+ day shipping

Get your max refund

Sponsored ⓘ

### Related pages

- C710 Acer
- Acer Chromebook Display
- Laptops Acer 11 6
- Acer
- Acer Computers
- Acer
- Acer Celeron
- 14 Laptop Acer
- Computadora Acer
- Acer Chromebooks
- Acer 2-in-1 Laptops
- All Acer

