**Exhibit 6: U.S. Patent No. 8,334,847**

| Claims | Identification |
|---|---|
| 14[pre] A method of providing a user interface comprising: | To the extent the preamble is limiting, Acer-branded devices practice a method of providing a user interface.<br><br><br><br>See, e.g., *Acer Chromebook Spin 514 - CP514-3HH-R6VK*, Acer, https://store.acer.com/en-us/acer-chromebook-spin-514-laptop-cp514-3hh-r6vk (last visited Mar. 7, 2024). |

| Claims | Identification |
|---|---|
| |  *See, e.g., TravelMate Spin P4 Laptop - TMP414RN-51-70TN*, Acer, https://store.acer.com/en-us/travelmate-spin-p4-laptop-tmp414rn-51-70tn (last visited Mar. 7, 2024). |

| Claims | Identification |
|---|---|
|  | <br>*See, e.g., Acer Iconia Tab P10 - P10-11-K68D*, Acer, https://store.acer.com/en-us/acer-iconia-tab-p10-tablet-p10-11-k68d (last visited Mar. 7, 2024). |

| Claims | Identification |
|---|---|
| 14[a] detecting a touch or a contact on a display in a container area having selectable objects, the selectable objects including a first selectable object provided on a first layer of a multilayer display arrangement and a second selectable object provided on a second layer of the multilayer display arrangement overlapping the first layer; | Acer-branded devices detect a touch or a contact on a display in a container area having selectable objects, the selectable objects including a first selectable object provided on a first layer of a multilayer display arrangement and a second selectable object provided on a second layer of the multilayer display arrangement overlapping the first layer.<br><br>**Use gestures or buttons to navigate in tablet mode**<br>You can use gestures to switch between apps and interact with your Chromebook in tablet mode. Learn how to change from laptop to tablet mode.<br><br>**Navigate with gestures**<br>For all gestures, use a single motion, steady speed, and even finger pressure.<br><br>**Go to your Home screen** — From the bottom, long swipe up. See how to go Home<br>**Show your pinned apps** — From the bottom, short swipe up. See how to show your pinned apps<br>**View all open app windows** — From the bottom, swipe up and hold. See how to view all open app windows<br><br> **Selectable Object on a Layer (*e.g.*, Home Screen)**  **Selectable Object on a Layer (*e.g.*, Pinned Apps Shelf)**  **Selectable Objects on Various Layers (*e.g.*, Apps)** |

| Claims | Identification |
|---|---|
| | **Split your screen**<br>From Overview, hold and drag a window to one side.<br>See how to split your screen<br><br>**Selectable Objects on Various Layers (*e.g.*, Apps)**<br><br>*See, e.g.*, *Use gestures or buttons to navigate in tablet mode*, Chromebook Help, https://support.google.com/chromebook/answer/9739838 (last visited Mar. 12, 2024).<br><br>**Use the Chromebook touchscreen**<br>If your Chromebook has a touchscreen, here are some actions you can take on it:<br>• **Click**: Tap where you want to click.<br>• **Right-click**: Touch and hold where you want to right-click.<br>• **Scroll**: Drag your finger up, down, right, or left.<br>• **Go to a previous page on your browser**: To go back, swipe your finger from left to right. To go forward, swipe from right to left.<br>• **Zoom in or out**: Touch and hold an area with 2 fingers.<br>  • To zoom in, spread them apart.<br>  • To zoom out, pinch them together.<br>**Selectable Objects on Various Layers of the Display**<br>• **Show your row of apps (shelf)**: Swipe up from the bottom of the screen.<br>• **Hide your row of apps (shelf)**: Long press on the row of apps on the bottom of the screen.<br>• **View two apps side by side**: If you see all your open windows on the screen, drag an app to the left or right to use it next to another app.<br><br>*See, e.g.*, *Use the Chromebook touchscreen*, Chromebook Help, https://support.google.com/chromebook/answer/2766492 (last visited Mar. 12, 2024). |

Page 5 of 13

| Claims | Identification |
|---|---|
| | *See, e.g.*, Matt Koble, *How to Use Multi-Gesture on Acer Computers*, Classroom, https://classroom.synonym.com/use-multigesture-acer-computers-14495.html ("According to Acer's website, there are only four touch gestures and all work on both multitouch touchscreens and trackpads. To scroll, place two fingers on the screen or pad and move them up or down. For the rotation gesture, place two fingers on the touch surface and rotate them in a circular motion, as if you were tightening a screw. Zoom by placing two fingers on the touch surface and moving your fingers together or apart. For flicking through photos, place two fingers on the touch surface and flick them horizontally.") (last visited Mar. 7, 2024). <br><br> **Selectable Objects on Various Layers of the Display** → [Image: Get around on your Android phone help page with "Find all open apps" and "Switch between apps" sections highlighted in red boxes] <br><br> *See, e.g.*, *Get around on your Android phone*, Android Help, https://support.google.com/android/answer/9079644 (last visited Mar. 12, 2024). <br><br> [Image: "5 YouTube Gestures You Should Be Using on Android and iPhone" article header by Joe Fedewa, updated Dec 23, 2021, with text: "The gestures here are available in the YouTube app for iPhone, iPad, and Android devices. They do not work on the YouTube mobile website. The one exception is the double-tap to skip gesture, which does work on the website."] |

Page 6 of 13

| Claims | Identification |
|---|---|
| | **Selectable Object on a Layer (*e.g.*, Within App)**<br><br>**Slide Finger to Scrub Through Video**<br><br>Google removed the ability to tap anywhere on the seek bar to skip to that spot in the video after complaints of accidental taps. The replacement is a lesser-known gesture.<br><br>Keeping your finger pressed on the screen, slide your finger left-to-right to scrub through the video. A little box will show you a preview of the video.<br><br>[Image showing YouTube video with "Slide left or right to seek" annotation, timestamp 03:41, and video titled "Would These Fake Windows Fool You? | I Like To Make Stuff"]<br><br>Lift your finger off the screen to start playing the video from the position you land on.<br><br>*See, e.g.*, Joe Fedewa, *5 YouTube Gestures You Should Be Using on Android and iPhone*, How-To Geek (Dec. 23, 2021), https://www.howtogeek.com/749519/5-youtube-gestures-you-should-be-using-on-android-and-iphone/; *see also, e.g.*, Rita El Khoury, *YouTube adapts its website to large touchscreens like iPads and Chromebooks*, Android Police (Apr. 9, 2020), https://www.androidpolice.com/2020/04/09/youtube-adapts-its-website-to-large-touchscreens-like-ipads-and-chromebooks/ ("YouTube also says there are new gestures to switch to fullscreen (swipe up) or the miniplayer (swipe down)."). |

| Claims | Identification |
|---|---|
| 14[b] comparing a magnitude of the movement of the touch or the contact to a threshold value;<br><br>14[c] executing a function associated with the movement when the comparison indicates that the magnitude of the movement of the touch or the contact extends beyond the threshold value;<br><br>14[d] detecting whether the touch or the contact is in an active area of one of the selectable objects when the comparison indicates that the magnitude of the movement of the touch or the contact is below the threshold value; and<br><br>14[e] executing a function associated with a selection of the one of the selectable objects when the touch or the contact is detected to be in the active area of the one of the selectable objects. | Acer-branded devices practice a method comprising comparing a magnitude of the movement of the touch or the contact to a threshold value, executing a function associated with the movement when the comparison indicates that the magnitude of the movement of the touch or the contact extends beyond the threshold value, detecting whether the touch or the contact is in an active area of one of the selectable objects when the comparison indicates that the magnitude of the movement of the touch or the contact is below the threshold value, and executing a function associated with a selection of the one of the selectable objects when the touch or the contact is detected to be in the active area of the one of the selectable objects.<br><br> |

| Claims | Identification |
|---|---|
| | **Split your screen**<br>From Overview, **hold and drag** a window to one side.<br>See how to split your screen<br><br>*See, e.g.*, *Use gestures or buttons to navigate in tablet mode*, Chromebook Help, https://support.google.com/chromebook/answer/9739838 (last visited Mar. 12, 2024).<br><br>**Use the Chromebook touchscreen**<br>If your Chromebook has a touchscreen, here are some actions you can take on it:<br>- **Click**: Tap where you want to click.<br>- **Right-click**: Touch and hold where you want to right-click.<br>- **Scroll**: Drag your finger up, down, right, or left.<br>- **Go to a previous page on your browser**: To go back, swipe your finger from left to right. To go forward, swipe from right to left.<br>- **Zoom in or out**: Touch and hold an area with 2 fingers.<br>  - To zoom in, spread them apart.<br>  - To zoom out, pinch them together.<br>- **Show your row of apps (shelf)**: Swipe up from the bottom of the screen.<br>- **Hide your row of apps (shelf)**: Long press on the row of apps on the bottom of the screen.<br>- **View two apps side by side**: If you see all your open windows on the screen, drag an app to the left or right to use it next to another app.<br><br>*See, e.g.*, *Use the Chromebook touchscreen*, Chromebook Help, https://support.google.com/chromebook/answer/2766492 (last visited Mar. 12, 2024). |

| Claims | Identification |
|---|---|
|  | *See, e.g.*, Matt Koble, *How to Use Multi-Gesture on Acer Computers*, Classroom, https://classroom.synonym.com/use-multigesture-acer-computers-14495.html ("According to Acer's website, there are only four touch gestures and all work on both multitouch touchscreens and trackpads. To scroll, place two fingers on the screen or pad and move them up or down. For the rotation gesture, place two fingers on the touch surface and rotate them in a circular motion, as if you were tightening a screw. Zoom by placing two fingers on the touch surface and moving your fingers together or apart. For flicking through photos, place two fingers on the touch surface and flick them horizontally.") (last visited Mar. 7, 2024). <br><br> **Get around on your Android phone** <br><br> You can get around on your phone in different ways. Learn how to choose an option, then use that option to move between apps and other items. <br><br> **Important:** <br><br> • Some of these steps work only on Android 10 and up. Learn how to check your Android version. <br> • Some of these steps require you to touch the screen. <br><br> **Go to Home screen** <br> • **Gesture navigation:** Swipe up from the bottom of the screen. <br><br> **Find all open apps** <br> • **Gesture navigation:** Swipe up from the bottom, hold, then let go. <br><br> **Select or move items** <br><br> **Tap to select** <br> To select or start something on your phone, tap it. <br><br> **Touch and hold** <br> Touch and hold an item on the screen. After the item responds, lift your finger. <br><br> **Drag** <br> Touch and hold an item. Without lifting your finger, move your finger on the screen. When your finger is in the right place, lift it. For example, you can move apps around your Home screen by dragging them. |

| Claims | Identification |
|---|---|
| | Change the size and direction of items<br>**Pinch & spread to change size**<br>In some apps, put 2 or more fingers on the screen to change the size. To shrink, pinch your fingers together. To enlarge, spread them apart.<br><br>*See, e.g.*, *Get around on your Android phone*, Android Help, https://support.google.com/android/answer/9079644 (last visited Mar. 7, 2024); *see also, e.g.*, *Track touch and pointer movements*, Android Developers (Mar. 13, 2024), https://developer.android.com/ develop/ui/views/touch-and-input/gestures/movement ("Because finger-based touch isn't always the most precise form of interaction, detecting touch events is often based more on movement than on simple contact. To help apps distinguish between movement-based gestures (such as a swipe) and non-movement gestures (such as a single tap), Android includes the notion of touch slop. Touch slop refers to the distance in pixels a user's touch can wander before the gesture is interpreted as a movement-based gesture.").<br><br>**Slide Finger to Scrub Through Video**<br>Google removed the ability to tap anywhere on the seek bar to skip to that spot in the video after complaints of accidental taps. The replacement is a lesser-known gesture.<br><br>Keeping your finger pressed on the screen, slide your finger left-to-right to scrub through the video. A little box will show you a preview of the video. |

| Claims | Identification |
|---|---|
| |  |

| Claims | Identification |
|---|---|
|  |  *See, e.g.*, Joe Fedewa, *5 YouTube Gestures You Should Be Using on Android and iPhone*, How-To Geek (Dec. 23, 2021), https://www.howtogeek.com/749519/5-youtube-gestures-you-should-be-using-on-android-and-iphone/. *See also, e.g.*, Rita El Khoury, *YouTube adapts its website to large touchscreens like iPads and Chromebooks*, Android Police (Apr. 9, 2020), https://www.androidpolice.com/2020/04/09/youtube-adapts-its-website-to-large-touchscreens-like-ipads-and-chromebooks/ (noting "gestures to switch to fullscreen (swipe up) or the miniplayer (swipe down)."). |