**Exhibit 9: U.S. Patent No. 9,292,066**

| Claims | Identification |
|---|---|
| 1[pre] A method for an upstream device to configure a plurality of lines in a cable, the method comprising: | To the extent the preamble is limiting, Acer-branded devices perform a method for an upstream device to configure a plurality of lines in a cable.<br><br>Acer USB Type-C Dock D501 - ADK020<br>Part Number: GP.DCK11.00E<br>★★★★★ 2.0 (1) Write a review<br><br>• Certified by Works With Chromebook<br>• Gigabit Ethernet connectivity<br>• 1 x USB Type C with power charging; 4 x USB 3.2 Gen 1 Type-A ports; 2 x USB 3.1 Gen 2 Type-A Ports<br>• Supports up to 3 displays using 1 x HDMI 2.0/DisplayPort 1.4; 1 x HDMI 2.0; 1 x DisplayPort 1.4<br>• 1 x 3.5mm Audio port<br><br>Universal USB-C Dock<br>Charge your Chromebook, transfer data, extend your display, and enable peripherals such as speakers or Gigabit Ethernet with just single USB-C cable. The docking station's USB-C Power Delivery can charge your laptop with up to 60W of power through the USB-C connection. |

| Claims | Identification |
|---|---|
| | *See, e.g.*, *Acer USB Type-C Dock D501 - ADK020*, Acer, https://store.acer.com/en-us/acer-usb-type-c-dock-d501-adk020?gad_source=1&gclid=EAIaIQobChMI3uLs-quphAMVmgytBh23VQwhEAQYASABEgK-nPD_BwE (last visited Mar. 7, 2024); *Acer USB Type-C Dock D501 – Certified by Works With Chromebook*, Acer, https://www.acer.com/us-en/accessories/for-chromebooks/acer-usb-type-c-dock-501 (last visited Mar. 7, 2024); *Acer Chromebook Plus 515 - CB515-2H-31NY*, Acer, https://store.acer.com/en-us/acer-chromebook-plus-515-cb515-2h-31ny (last visited Mar. 8, 2024). |

| Claims | Identification |
|---|---|
|  |  *See, e.g.*, *Acer Iconia Tab M10 Tablet - M10-11-K5N0*, Acer, https://store.acer.com/en-us/acer-iconia-tab-m10-tablet-m10-11-k5n0 (last visited Mar. 8, 2024). |

| Claims | Identification |
|---|---|
|  | **Charging your tablet**<br>1. Plug the provided charging cable into the micro USB port on your device.<br>2. Then plug the USB connector of the charging cable into the 10 w AC adapter block.<br>3. Finally, plug the AC adapter block into a wall outlet.<br><br>Your device is now connected to the wall outlet and will start charging.<br><br>*See also, e.g.*, Acer-Chantal, *Acer Android Tablet USB Type-C Port Features*, Acer (Nov. 1, 2023), https://community.acer.com/en/kb/articles/16561-acer-android-tablet-usb-type-c-port-features. |
| 1[a] the upstream device placing a first voltage on a first one of the lines, the first one of the lines traditionally specified to supply power; | Acer-branded devices implementing the USB Type-C specification include the upstream device placing a first voltage on a first one of the lines, the first one of the lines traditionally specified to supply power, for example by applying a first voltage on the VBUS pin:<br><br>**4.2.4   Power and Ground Pins**<br><br>VBUS — These pins are for USB cable bus power as defined by the USB specifications. VBUS is only present when a Source-to-Sink connection across the CC channel is present – see Section 4.5.1.2.1. Refer to Section 4.4.2 for the functional requirements for VBUS.<br><br>Universal Serial Bus Type-C Cable and Connector Specification Release 2.3 at 144; Release 2.0 at 139. |

| Claims | Identification |
|---|---|
| | **4.4.2  VBUS**<br><br>The allowable default range for VBUS as measured at the Source receptacle **shall** be as defined by the **USB 2.0** and **USB 3.2** specifications.  For **USB4**, the **USB 3.2** specification is used for this requirement.  NOTE that due to higher currents allowed, legacy devices **may** experience a higher voltage (up to 5.5V maximum) at light loads.<br><br>The Source's USB Type-C receptacle VBUS pin **shall** remain unpowered and **shall** limit the capacitance between VBUS and GND as specified in Table 4-2 until a Sink is attached.  The VBUS pin **shall** return to the unpowered state when the Sink is detached.  See Table 4-32 for VBUS timing values.  Legacy hosts/chargers<br><br>Universal Serial Bus Type-C Cable and Connector Specification Release 2.3 at 144; Release 2.0 at 141. |
| 1[b] the upstream device grounding a second one of the lines, the second one of the lines traditionally specified to be a ground line; | Acer-branded devices implementing the USB Type-C specification include the upstream device grounding a second one of the lines, the second one of the lines traditionally specified to be a ground line for example by utilizing a ground pin:<br><br>**4.2.4   Power and Ground Pins**<br><br>VBUS — These pins are for USB cable bus power as defined by the USB specifications.  VBUS is only present when a Source-to-Sink connection across the CC channel is present – see Section 4.5.1.2.1.  Refer to Section 4.4.2 for the functional requirements for VBUS.<br><br>VCONN — VCONN is applied to the unused CC pin to supply power to the local plug.  Refer to Section 4.4.3 for the functional requirements for VCONN.<br><br>GND — Return current path.<br><br>Universal Serial Bus Type-C Cable and Connector Specification Release 2.3 at 144; Release 2.0 at 139. |
| 1[c] the upstream device receiving a request from a downstream device for a second voltage, the second voltage for supplying power, on a third one of the lines, the third one of the lines | Acer-branded devices implementing the USB Type-C specification include the upstream device receiving a request from a downstream device for a second voltage, the second voltage for supplying power, on a third one of the lines, the third one of the lines traditionally specified to convey data, for example, because the USB Type-C specification supports requests for additional power (a second voltage) via the VCONN pin.  Specifically, the upstream device (source) receives a request from the downstream devices (sink) via the following flow: |

| Claims | Identification |
|---|---|
| traditionally specified to convey data; | <br>Figure 1: Basic Power Negotiation<br><br>https://acroname.com/blog/basics-usb-power-delivery-negotiations<br><br>6.4.2.1  Object Position<br><br>The value in the Object Position field *Shall* indicate which object in the *Source_Capabilities* Message or *EPR_Source_Capabilities* Message the RDO refers to. The value 0001b always indicates the 5V Fixed Supply PDO as it is the first object following the *Source_Capabilities* Message or *EPR_Source_Capabilities* Message Header. The number 0010b refers to the next PDO and so forth.<br><br>The value in Object positions 0001b-0111b *Shall* only be used to refer to SPR PDOs. SPR PDOs *May* be requested by either a *Request* or an *EPR_Request* Message. Object positions 1000b-1101b *Shall* only be used to refer to EPR PDOs. EPR PDOs *Shall* only be requested by an *EPR_Request* Message. If the Object Position field in a *Request* message contains a value greater than 0111b, the Source *Shall* send *Hard Reset* Signaling.<br><br>USB_PD_R3_1 V1.7 2023-01 |

| Claims | Identification |
|---|---|
|  | **Figure 2-1 USB Type-C Receptacle Interface (Front View)**<br><br>| A1 | A2 | A3 | A4 | A5 | A6 | A7 | A8 | A9 | A10 | A11 | A12 |<br>|---|---|---|---|---|---|---|---|---|---|---|---|<br>| GND | TX1+ | TX1− | $V_{BUS}$ | CC1 | D+ | D− | SBU1 | $V_{BUS}$ | RX2− | RX2+ | GND |<br><br>| GND | RX1+ | RX1− | $V_{BUS}$ | SBU2 | D− | D+ | CC2 | $V_{BUS}$ | TX2− | TX2+ | GND |<br>| B12 | B11 | B10 | B9 | B8 | B7 | B6 | B5 | B4 | B3 | B2 | B1 |<br><br>Figure 2-2 illustrates the comprehensive functional signal plan for the USB Type-C plug.  Only one CC pin is connected through the cable to establish signal orientation and <u>the other CC pin is repurposed as $V_{CONN}$ for</u><br><br>Copyright © 2023 USB 3.0 Promoter Group.  All rights reserved.<br><br>Release 2.3                                        - 35 -                                    USB Type-C® Cable and<br>October 2023                                                                        Connector Specification<br><br><u>powering electronics in the USB Type-C plug.</u>  Also, only one set of **USB 2.0** D+/D− wires are implemented in a USB Type-C cable.  For USB Type-C cables that only intend to support **USB 2.0** functionality, the TX/RX and SBU signals are not implemented.  For the USB Type-C Power-Only plug (intended only for USB Type-C Sink applications), only nine contacts are implemented to support CC, $V_{BUS}$, and GND.<br><br>Universal Serial Bus Type-C Cable and Connector Specification Release 2.3 at 34-35; Release 2.0 at 30-31.<br><br>**2.3.5    USB PD Communications**<br><br><u>USB Power Delivery</u> is a feature on products (hosts, hubs, and devices).  **USB PD** communications is used to:<br>- establish power contracts that allow voltage and current beyond existing USB data bus specifications,<br>- change the port sourcing $V_{BUS}$,<br>- <u>change the port sourcing $V_{CONN}$,</u><br>- swap DFP and UFP roles, and<br>- communicate with cables.<br><br>The **USB PD** Bi-phase Mark Coded (BMC) communications are carried on the CC wire of the USB Type-C cable.<br><br>Universal Serial Bus Type-C Cable and Connector Specification Release 2.3 at 38; Release 2.0 at 35. |

| Claims | Identification |
|---|---|
|  | **2.5 VCONN**<br><br>Once the connection between host and device is established, the CC pin (CC1 or CC2) in the receptacle that is not connected via the CC wire through the standard cable is repurposed to source VCONN to power circuits in the plug needed to implement Electronically Marked Cables (see Section 4.9), *VCONN-Powered Accessories* and *VCONN-Powered USB Devices*. Initially, the source supplies VCONN and the source of VCONN *may* be swapped using **USB PD VCONN_Swap**.<br><br>Once VCONN is available, all electronically marked cables use it as the only power source. If VCONN is applied after VBUS, then until VCONN is available, the cable *may* remain unpowered or *may* draw power from VBUS.<br><br>Universal Serial Bus Type-C Cable and Connector Specification Release 2.3 at 39; Release 2.0 at 36.<br><br>**USB Type-C® – Functional Model**<br><br>- USB 3.2 / *USB4™* data bus<br>  - Two sets of TX/RX pin pairs, supports x1 and x2 operation<br>- USB 2.0 data bus<br>  - Two pin sets on host, one set on device – strapped together within the host and device<br>- Two power buses<br>  - VBUS and VCONN<br>- Two sideband pins (SBU1/SBU2)<br>  - *SBTX / SBRX for USB4*<br>- CC – Configuration Channel<br>  - Two CC pins in connector<br>  - One CC wire in cable<br><br>Looking into the product receptacle:<br><br>| A1 | A2 | A3 | A4 | A5 | A6 | A7 | A8 | A9 | A10 | A11 | A12 |<br>|---|---|---|---|---|---|---|---|---|---|---|---|<br>| GND | TX1+ | TX1– | VBUS | CC1 | D+ | D– | SBU1 | VBUS | RX2– | RX2+ | GND |<br>| GND | RX1+ | RX1– | VBUS | SBU2 | D– | D+ | CC2 | VBUS | TX2– | TX2+ | GND |<br>| B12 | B11 | B10 | B9 | B8 | B7 | B6 | B5 | B4 | B3 | B2 | B1 |<br><br>Looking into the cable or product plug:<br><br>| A12 | A11 | A10 | A9 | A8 | A7 | A6 | A5 | A4 | A3 | A2 | A1 |<br>|---|---|---|---|---|---|---|---|---|---|---|---|<br>| GND | RX2+ | RX2– | VBUS | SBU1 | D– | D+ | CC | VBUS | TX1– | TX1+ | GND |<br>| GND | TX2+ | TX2– | VBUS | VCONN |  | SBU2 | VBUS | RX1– | RX1+ | GND |<br>| B1 | B2 | B3 | B4 | B5 | B6 | B7 | B8 | B9 | B10 | B11 | B12 |<br><br>Lane 1          Lane 0<br><br>9      USB Implementers Forum © 2019<br><br>https://www.usb.org/sites/default/files/D1T1-2%20-%20USB%20Type-C%20System%20Overview.pdf<br><br>When delivering power via the VCONN pin, the voltage is supplied via either the CC1 or CC2 pin, which is traditionally used to convey data via the control channel. |
| 1[d] the upstream device placing on the third one of | Acer-branded devices implementing the USB Type-C specification include the upstream device placing on the third one of the lines the second voltage for supplying power, for example, by the VCONN sending additional power (a second voltage). |

| Claims | Identification |
|---|---|
| the lines the second voltage for supplying power. | **2.3.5  USB PD Communications**<br><br>**USB Power Delivery** is a feature on products (hosts, hubs, and devices).  **USB PD** communications is used to:<br><br>• establish power contracts that allow voltage and current beyond existing USB data bus specifications,<br>• change the port sourcing $V_{BUS}$,<br>• change the port sourcing $V_{CONN}$,<br>• swap DFP and UFP roles, and<br>• communicate with cables.<br><br>The **USB PD** Bi-phase Mark Coded (BMC) communications are carried on the CC wire of the USB Type-C cable.<br><br>Universal Serial Bus Type-C Cable and Connector Specification Release 2.3 at 38; Release 2.0 at 35.<br><br>$V_{CONN}$     $V_{CONN}$ is applied to the unused CC pin to supply power to the local plug.  Refer to Section 4.4.3 for the functional requirements for $V_{CONN}$.<br><br>Universal Serial Bus Type-C Cable and Connector Specification Release 2.3 at 144; Release 2.0 at 139. |