# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **Malikie Innovations Ltd.,** | § § § | |
| **Plaintiff,** | § | |
| v. | § § § | CIVIL ACTION NO. 2:24-cv-00179 |
| **Acer Inc.,** | § § | JURY TRIAL DEMANDED |
| **Defendant.** | § § § | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Malikie Innovations Ltd. in the above-captioned action, states that it is a wholly-owned subsidiary of Key Patent Innovations Limited and no publicly held corporation owns 10% or more of its stock.

Dated: March 15, 2024

Respectfully submitted,

/s/ Khue Hoang by permission Claire Henry
Khue Hoang – LEAD ATTORNEY
Michael Matulewicz-Crowley
**Reichman Jorgensen Lehman & Feldberg LLP**
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com
mmatulewicz-crowley@reichmanjorgensen.com

Matthew G. Berkowitz
Patrick Colsher

>Yue (Joy) Wang
>Aaron Morris
>**Reichman Jorgensen Lehman & Feldberg LLP**
>100 Marine Parkway, Suite 300
>Redwood Shores, CA 94065
>Tel: (650) 623-1401
>mberkowitz@reichmanjorgensen.com
>pcolsher@reichmanjorgensen.com
>ywang@reichmanjorgensen.com
>amorris@reichmanjorgensen.com
>
>Naveed Hasan
>**Reichman Jorgensen Lehman & Feldberg LLP**
>1909 K Street, NW, Suite 800
>Washington, DC 20006
>Tel: (202) 894-7310
>nhasan@reichmanjorgensen.com
>
>*Of Counsel:*
>
>Andrea L. Fair
>Texas Bar No. 24078488
>Claire Abernathy Henry
>Texas State Bar No. 24053063
>**WARD, SMITH & HILL, PLLC**
>1507 Bill Owens Pkwy.
>Longview, TX 75604
>Tel: (903) 757-6400
>andrea@wsfirm.com
>claire@wsfirm.com
>
>*Attorneys for Plaintiff Malikie Innovations Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2024, a copy of the foregoing document was filed electronically via CM/ECF and therefore served on all counsel who are deemed to have consented to electronic service.

>_/s/ Claire Henry_