AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Malikie Innovations Limited | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:24cv00179 |
| Acer Inc. | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Acer Inc.
c/o ACER AMERICA CORPORATION

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Khue Hoang
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  03/22/2024     *David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED
AFX Process, LLC
1411 West 6th Street
Austin, TX 78703

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24cv00179

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

SERVICE RETURN ATTACHED

_____
*Printed name and title*

_____
*Server's address*  ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

Additional information regarding attempted service, etc:

Print    Save As...                                                                      Reset

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:24-CV-00179-JRG-RSP

Plaintiff:
**Malikie Innovations Ltd.**

vs.

Defendant:
**Acer Inc.**

For:
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604

Received by Sarah Thompson on the 25th day of March, 2024 at 3:10 pm to be served on **Acer, Inc. by serving its registered agent, Acer America Corporation c/o CT Corporation System, 330 N Brand Boulevard, Glendale, Los Angeles County, CA 91203.**

I, Sarah Thompson, do hereby affirm that on the **28th day of March, 2024 at 10:52 am, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action and Complaint for Patent Infringement and Jury Demand with Civil Cover Sheet and Exhibits** with the date of delivery endorsed thereon by me, to **Diana Ruiz, CT Corporation System** as the designated agent to accept delivery of process at the address of **330 N Brand Boulevard, Glendale, Los Angeles County, CA 91203** on behalf of **Acer, Inc.** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

My name is Sarah Thompson, my date of birth is 12/30/1958 and my address is 1439 N. Highland Ave., #274, Los Angeles, CA 90028, USA. I declare under penalty of perjury that the foregoing is true and correct.
Executed in Los Angeles County, California.

_(signature)_
Sarah Thompson
6679

3/30/2024
Date

ATX Process, LLC
1411 W. 6th Street
Austin, TX 78703
(512) 717-5600

Our Job Serial Number: ATX-2024003854
Ref: Malikie Innovations v. Acer Inc.

Copyright © 1992-2024 DreamBuilt Software, Inc - Process Server's Toolbox V8.2m