IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **Malikie Innovations Ltd.,** | § | |
| **Plaintiff,** | § § § | |
| v. | § § § | CIVIL ACTION NO. 2:24-cv-179-JRG-RSP |
| **Acer Inc.,** | § § | JURY TRIAL DEMANDED |
| **Defendant.** | § § § | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE
TO SERVE INFRINGEMENT CONTENTIONS**

Plaintiff Malikie Innovations Ltd. ("Plaintiff"), files this Unopposed Motion to Extend the Deadline to Serve Infringement Contentions.

Plaintiff respectfully requests a brief extension to serve its Local Rule P.R. 3-1 and 3-2 disclosures from July 5, 2024 to July 9, 2024. This extension is not sought for purposes of delay but will allow Plaintiff additional time to adequately prepare its disclosures in light of the Independence Day holiday. Defendant Acer Inc. has indicated that it does not oppose this extension.

Dated: June 27, 2024

Respectfully submitted,

*/s/ Claire Henry*
Khue Hoang – LEAD ATTORNEY
Michael Matulewicz-Crowley
**Reichman Jorgensen Lehman & Feldberg LLP**
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com
mmatulewicz-crowley@reichmanjorgensen.com

Matthew G. Berkowitz
Patrick Colsher
Yue (Joy) Wang
Aaron Morris
**Reichman Jorgensen Lehman & Feldberg LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com
ywang@reichmanjorgensen.com
amorris@reichmanjorgensen.com

Naveed Hasan
**Reichman Jorgensen Lehman & Feldberg LLP**
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
nhasan@reichmanjorgensen.com

*Of Counsel:*

Andrea L. Fair
Texas Bar No. 24078488
Claire Abernathy Henry
Texas State Bar No. 24053063
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@wsfirm.com
claire@wsfirm.com

*Attorneys for Plaintiff Malikie Innovations Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2024, a copy of the foregoing document was filed electronically via CM/ECF and therefore served on all counsel who are deemed to have consented to electronic service.

                                                      */s/ Claire Henry*
                                                      Claire Henry

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that counsel for Plaintiff and Defendant have conferred by email, and Defendant confirmed that the relief requested in this motion is unopposed.

                                                      */s/ Claire Henry*
                                                     Claire Henry