IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **Malikie Innovations Ltd.,** | § § § | |
| **Plaintiff,** | § | |
| v. | § § | CIVIL ACTION NO. 2:24-cv-00179-JRG-RSP |
| | § § | |
| **Acer Inc.,** | § | JURY TRIAL DEMANDED |
| **Defendant.** | § § § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO SERVE INFRINGEMENT CONTENTIONS

Before the Court is Plaintiff's Unopposed Motion to Extend the Deadline to Serve Infringement Contentions (the "Motion"). After considering the Motion, the Court finds that Plaintiffs' motion is well taken and is hereby GRANTED.

It is therefore ORDERED that Plaintiff's deadline to comply with Local Rules P.R. 3-1 & 3-2 is extended until and including July 9, 2024.