IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MALIKIE INNOVATIONS LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ACER INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:24-cv-00179-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT ACER INC.'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Acer Inc., by and through its attorneys, makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Acer Inc. is a Taiwanese corporation. No entity or publicly held corporation owns 10% or more of Acer Inc.'s stock.

Dated: July 10, 2024

Respectfully submitted,

By: */s/ Brian Craft*
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: bcraft@findlaycraft.com

Craig Kaufman (CA Bar No. 159458)
TECHKNOWLEDGE LAW GROUP LLP
20660 Stevens Creek Blvd., Suite 381
Cupertino, CA 95014
Tel: (650) 517-5200
Fax: (650) 562-8054
ckaufman@tklg-llp.com

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 10, 2024, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Brian Craft*
Brian Craft
