IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MALIKIE INNOVATIONS LTD., § <br> § <br> PLAINTIFF, § <br> V. § <br> § <br> ACER INC., § <br> DEFENDANT. § <br> § <br> § <br> § | CIVIL ACTION NO. 2:24-CV-00179 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE

Pursuant to the Court's Order (Dkt. 11), entered on June 30, 2024, Plaintiff Malikie Innovations Ltd. files this notice confirming that it has complied with Local Patent Rules 3-1 and 3-2 by serving infringement contentions and accompanying document production on Defendant Acer, Inc. on July 9, 2024.

Dated: July 10, 2024

Respectfully submitted,

*/s/ Khue Hoang by permission Claire Henry*
Khue Hoang – LEAD ATTORNEY
Michael Matulewicz-Crowley
**Reichman Jorgensen Lehman & Feldberg LLP**
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com
mmatulewicz-crowley@reichmanjorgensen.com

Matthew G. Berkowitz
Patrick Colsher
Yue (Joy) Wang
Aaron Morris
**Reichman Jorgensen Lehman & Feldberg LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065

1

Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com
ywang@reichmanjorgensen.com
amorris@reichmanjorgensen.com

Naveed Hasan
**Reichman Jorgensen Lehman & Feldberg LLP**
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
nhasan@reichmanjorgensen.com

*Of Counsel:*

Andrea L. Fair
Texas Bar No. 24078488
Claire Abernathy Henry
Texas State Bar No. 24053063
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@wsfirm.com
claire@wsfirm.com

*Attorneys for Plaintiff Malikie Innovations Limited*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on July 10, 2024.

/s/ Claire Henry
Claire Henry